# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jason R. Leach, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00328-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Tamara M. Lee | ) | |
| Gregory Newman, | | |
| | ) | |
| Defendants. | | |

DECISION BY COURT. This action having come before the Court for an initial review and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2018 Order.

February 14, 2018

_____

Frank G. Johns, Clerk
United States District Court